HARRIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. Novem-

ber 23, 1904.) Action by Carrow Harris against the Metropolitan Street Railway Company. No opinion. Order affirmed, with costs.